IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02134-BNB

EARL CROWNHART,

    Plaintiff,

v.

SRGT. BLATTNER,
SRGT. SOULUEN,
CO% JONES,
CO% MUNUIZ,
CO% GALLEGOS,
LT. ZANDERS, and
CO% SEGUREA,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 13 2007

GREGORY C. LANGHAM
                CLERK

## ORDER OF DISMISSAL

Plaintiff Earl Crownhart initiated this action by filing *pro se* a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and a Prisoner Complaint. In an order filed on October 10, 2007, Magistrate Judge Boyd N. Boland directed the clerk of the Court to commence a civil action and directed Mr. Crownhart to cure certain deficiencies if he wished to pursue his claims. Specifically, Magistrate Judge Boland ordered Mr. Crownhart to submit a certified copy of his inmate trust fund account statement in support of the *in forma pauperis* motion and to file a complaint in which the names in the caption match the names in the text. Mr. Crownhart was warned that the complaint and the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days.

Mr. Crownhart has failed to cure the deficiencies within the time allowed and he has failed to respond in any way to Magistrate Judge Boland's October 10 order. Therefore, the complaint and the action will be dismissed without prejudice for failure to cure the deficiencies. Accordingly, it is

ORDERED that the complaint and the action are dismissed without prejudice for failure to cure the deficiencies. It is

FURTHER ORDERED that the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 is denied as moot.

DATED at Denver, Colorado, this 11 day of Dec, 2007.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-02134-BNB

Earl Crownhart
Prisoner No. 113771
CTCF
PO Box 1010
Cañon City, CO 81215-1010

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on \_\_12\\13\\07\_\_

GREGORY C. LANGHAM, CLERK

By: _____
           Deputy Clerk